UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JESUS GONZALEZ, :
:
Plaintiff, :
: 25-CV-480 (JMF)
-v- :
: ORDER
CAIPA BROOKLYN BSO, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For reasons the Court will explain orally at the conference referenced below, Defendants' partial motion to dismiss, *see* ECF No. 9, is DENIED. Defendants shall answer the Amended Complaint no later than **July 31, 2025**. In addition, the parties shall appear for a telephonic initial pretrial conference on **July 31, 2025**, at **3:45 p.m.** In accordance with the previously filed Notice of Initial Pretrial Conference, *see* ECF No. 7, the parties are reminded that they must file a joint letter and proposed Case Management Plan by the **Thursday before the initial pretrial conference**.

      The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key, then followed by the pound (#) key again when prompted for an attendee ID number. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. In accordance with those Rules, counsel shall, at least **twenty-four hours before the conference**, email to the Court the names, honorifics (e.g., Mr., Mrs., Ms., Dr., etc.), and telephone numbers of those who will have speaking roles at the conference.

      The Clerk of Court is directed to terminate ECF No. 9.

      SO ORDERED.

Dated: July 10, 2025
      New York, New York
                                                    _____
                                                           JESSE M. FURMAN
                                                       United States District Judge